

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2016

No. 04-15-00805-CR

Edward James DWYER Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B14568
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

The appellant's motion for extension of time to file their brief is granted. The appellant's brief is due July 11, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court